Gorden *v.* The State.

*James Perry*, for appellant.

*Bickle & Burchenal*, for the appellee.

——————————————

GORDEN *v.* THE STATE.

An information in the Common pleas for felony is bad unless it allege the facts' necessary to give the Court jurisdiction.   16 Ind. 310.

APPEAL from the *Vanderburgh* Common Pleas.

*Per Curiam.*—The information in this case fails to allege any of the facts necessary to give the Common Pleas jurisdiction.   See *McCarty* v. *The State*, 16 Ind. 310; *Justice* v. *The State*, at the *November* Term, 1861.

The case at bar falls precisely within the decisions just cited, and upon them it must be reversed.

The judgment is reversed with costs.   Cause remanded.

*McDonald & Roache*, for the appellant.